UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY and GEICO
CASUALTY COMPANY,

Docket No.:
1:23-cv-05075-AMD-RML

Plaintiffs,

-against-

APPLE CHIROPRACTIC OF NY, P.C., et al.,

Defendants.
------------------------------------------------------------------X

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS APPLE CHIROPRACTIC OF NY, P.C., TRISTATE CHIROPRACTIC OF SI, P.C., DR. RIOTTO CHIROPRACTIC, P.C., AND ANTHONY MICHAEL RIOTTO, D.C.**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, the "Plaintiffs"), and counsel for Defendants, Apple Chiropractic of NY, P.C., Tristate Chiropractic of SI, P.C., Dr. Riotto Chiropractic, P.C., and Anthony Michael Riotto, D.C. (collectively, the "Defendants") that all claims in this action asserted by Plaintiffs against Defendants are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41.

Dated: _____January 27_____, 2025

Rivkin Radler, LLP

By: __/s/ Jennifer Abreu__
    Michael A. Sirignano, Esq.
    Jennifer Abreu, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
*Counsel for Plaintiffs*

Pinczewski & Shpelfogel, P.C.

By: _____
    Benjamin M. Pinczewski, Esq.
2753 Coney Island Ave., 2nd Floor
Brooklyn, New York 11235
*Counsel for Defendants*