UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

Docket No.: 1:23-CV-05075
(AMD)(RML)

Plaintiffs,

-against-

APPLE CHIROPRACTIC OF NY, P.C., TRISTATE CHIROPRACTIC OF SI, P.C., DR. RIOTTO CHIROPRACTIC, P.C., ANTHONY MICHAEL RIOTTO, D.C., and JOHN DOE DEFENDANTS "1" THROUGH "10,"

Defendants.
-------------------------------------------------------------------X

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that all claims asserted in this action by Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company, against John Doe Defendants Nos. "1" through "10" are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41.

Dated: January 28, 2025

RIVKIN RADLER LLP

By: _/s/ Jennifer Abreu_____
    Michael Sirignano, Esq.
    Jennifer Abreu, Esq.
926 RXR Plaza
Uniondale, New York 11556
*Attorneys for Plaintiffs*